WEDJ/THREE C'S, INCORPORATED,
Appellant,

v.

Robert M. GATES, Secretary
of Defense, Appellee.

No. 2010–1120.

United States Court of Appeals,
Federal Circuit.

June 9, 2010.

Cyrus E. Phillips IV, of Arlington, VA, argued for appellant.

P. Davis Oliver, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

BRYSON, SCHALL, AND, GAJARSA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.